**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ZACH KLARKOWSKI, Individually** | § | |
| **and on behalf of all others similarly** | § | |
| **situated,** | § | |
| *Plaintiff,* | § | |
| **v.** | § | **MO:24-CV-00102-DC-RCG** |
| | § | |
| **AST SPACEMOBILE, INC., ABEL** | § | |
| **AVELLAN, and SEAN WALLACE,** | § | |
| *Defendants.* | § | |

### ORDER VACATING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND SETTING INITIAL CASE SCHEDULE

Plaintiff Zach Klarkowski, on behalf of himself and all others similarly situated ("Plaintiff,") and Defendants AST SpaceMobile, Inc., Abel Avellan, and Sean Wallace (collectively, "Defendants" and together with Plaintiff, the "Parties"), have asked that the Court enter an order vacating Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint. Further, Parties agree that, within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

Having considered the Parties' stipulation, the Court finds that it should be and hereby is **GRANTED**. (Doc. 13). It is therefore **ORDERED** that:

1.       Defendants are not required to respond to the Complaint in the above-captioned action.

2

2.    Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

It is so **ORDERED**.

SIGNED this 5th day of June, 2024.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE