**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

ZACH KLARKOWSKI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

AST SPACEMOBILE, INC., ABEL AVELLAN, and SEAN WALLACE,

Defendants.

Case No. 7:24-cv-00102-DC-RCG

**SCHEDULING ORDER TO FILE PLAINTIFF'S CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**

Upon consideration of the Stipulation and Joint Motion for Scheduling Order to File Plaintiff's Consolidated Amended Complaint and Defendants' Responses Thereto, it is hereby **ORDERED** that:

1. Lead Plaintiff shall file his Consolidated Amended Complaint ("CAC") on or before **September 9, 2024**;

2. Defendants shall move to dismiss, answer, or otherwise respond to the CAC on or before **November 8, 2024**; and

3. If Defendants move to dismiss the CAC, Lead Plaintiff shall file his opposition to Defendants' motion to dismiss on or before **January 7, 2025**, and Defendants shall file their reply brief in support of their motion to dismiss on or before **February 21, 2025**, and if the Court denies Defendants' motion to dismiss, the parties shall meet-and-confer and submit a case schedule within fourteen (14) days of the Court's ruling.

**SO ORDERED** this 24th day of July, 2024.

HON. DAVID COUNTS
UNITED STATES DISTRICT JUDGE