UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ZACH KLARKOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AST SPACEMOBILE, INC., ABEL AVELLAN, and SEAN WALLACE,<br><br>Defendants. | Case No. 7:24-cv-00102-DC |

## AGREED MOTION FOR VOLUNTARY DISMISSAL

Lead Plaintiff Zach Klarkowski ("Lead Plaintiff") and Defendants AST SpaceMobile, Inc., Abel Avellan, and Sean Wallace (collectively, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby jointly move the Court to enter an order dismissing this action in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In support thereof, they state as follows:

1. On April 17, 2024, Lead Plaintiff filed a complaint asserting violations of the Securities Exchange Act of 1934, which are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), against Defendants (Dkt. No. 1).

2. On July 9, 2024, the Court appointed Zach Klarkowski as Lead Plaintiff and approved his selection of Glancy Prongay & Murray LLP as Lead Counsel for the putative class and Kendall Law Group, PLLC as Liaison Counsel (Dkt. No. 16).

3. On July 24, 2024, the Court entered a Scheduling Order To File Plaintiff's Consolidated Amended Complaint And Defendants' Responses Thereto (Dkt. No. 19).

1

4. Following Lead Plaintiff's further investigation, Lead Plaintiff has decided to voluntarily dismiss the above-captioned action.

5. Defendants did not file an answer or a motion for summary judgment.

6. The Parties agree that each party shall bear its own costs and attorneys' fees, and that no party asserts or contends that any of the parties or their respective counsel have at any time failed to comply with Rule 11 of the Federal Rules of Civil Procedure.

## PRAYER

For the reasons set forth above, the Parties respectfully request the Court dismiss the above-captioned action is dismissed in its entirety with prejudice as to Lead Plaintiff and without prejudice to the unnamed class members, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 6, 2024

KENDALL LAW GROUP, PLLC
By: /s/ *Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
Email: jkendall@kendalllawgroup.com

*Liaison Counsel for Lead Plaintiff Zach Klarkowski and Liaison Counsel for the Class*

GLANCY PRONGAY & MURRAY LLP
Charles H. Linehan (*pro hac vice* pending)
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Zach Klarkowski and Lead Counsel for the Class*

|  |  |
|---|---|
|  | THE LAW OFFICES OF FRANK R. CRUZ<br>Frank R. Cruz<br>2121 Avenue of the Stars, Suite 800<br>Century City, CA 90067<br>Telephone: (310) 914-5007<br><br>*Additional Counsel* |
| Dated:  September 6, 2024 | ALSTON & BIRD<br>By:   */s/ Elizabeth Gingold Clark*<br>Jared Slade<br>Texas Bar No. 24060618<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone: (214) 922-3424<br>Email: jared.slade@alston.com<br><br>Elizabeth Gingold Clark<br>Appearing *Pro Hac Vice*<br>Timothy J. Fitzmaurice<br>Appearing *Pro Hac Vice*<br>1201 W Peachtree Street, Suite 4900,<br>Atlanta, GA 30309<br>Telephone: (404) 881-7132<br>Email: elizabeth.clark@alston.com<br>Email: tim.fitzmaurice@alston.com<br><br>*Counsel for Defendants AST SpaceMobile, Inc., Abel Avellan, and Sean Wallace* |

**CERTIFICATE OF SERVICE**

     I hereby certify that on this day, September 6, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                 */s/ Joe Kendall*
                                                 Joe Kendall