**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| ZACH KLARKOWSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AST SPACEMOBILE, INC., ABEL AVELLAN, and SEAN WALLACE,<br><br>Defendants. | Case No. 7:24-cv-00102-DC |

**[PROPOSED] ORDER GRANTING AGREED MOTION FOR VOLUNTARY DISMISSAL**

Upon consideration of Agreed Motion for Voluntary Dismissal, it is hereby **ORDERED** that:

1.      The above-captioned action is dismissed in its entirety with prejudice as to Lead Plaintiff and without prejudice to the unnamed class members, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2.      The Clerk of Court is respectfully directed to close the above-captioned action.

SO ORDERED this ___ day of September, 2024

_____
HON. DAVID COUNTS
UNITED STATES DISTRICT JUDGE

1