**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ZACH KLARKOWSKI, Individually and on behalf of all others similarly situated,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **NO. MO:24-CV-00102** |
| | § | |
| **AST SPACEMOBILE, INC., ABEL AVELLAN and SEAN WALLACE** | § | |
| ***Defendants.*** | § | |

**ORDER**

Before the Court is Parties' Agreed Motion for Voluntary Dismissal Without Prejudice (Doc. 22) filed September 6, 2024. The parties agree and stipulate that Plaintiff's claims against Defendants should be dismissed without prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendant is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein. All pending motions, if any, are **DENIED AS MOOT**

It is so **ORDERED**.

SIGNED this 9th day of September, 2024.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE